**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALLAN NOWICKI AND JONATHAN NOWICKI, | : | No. 515 MAL 2022 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| CROWN FINANCIAL CORPORATION, ET AL, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.